# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-3258
_____

AVA ELECTRIS CANNIE aka Eva
Electris Cannie aka Eva Helene
Cannie,

    Petitioner,

v.

WILMINGTON SAVINGS FUND
SOCIETY FSB DBA et al.,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


September 30, 2021


PER CURIAM.

    DENIED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Ava Electris Cannie, pro se, Petitioner.

David Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Respondent Wilmington Savings Fund Society FSB.